```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3164 |
| v. | ) | |
| | ) | |
| ANTHONY ORLANDAS MITCHELL, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1. Defendant's unopposed motion for time to file pretrial motions and continue trial date, filing 18, is granted.

2. The pretrial motion deadline is extended to March 21, 2007.

3. This matter is removed from the trial calendar, to be reset after resolution of any motions that may be filed.

4. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between February 22, 2007 and March 21, 2007 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge