IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3164 |
| v. | ) | |
| | ) | |
| ANTHONY ORLANDAS MITCHELL, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

On February 22, 2007 the court granted defendant's motion for time to file pretrial motions. The deadline was extended to March 21, 2007. Filing 19. No such motions have been filed.

IT THEREFORE HEREBY IS ORDERED,

This matter is placed back on the trial docket and trial is set to commence at 9:00 a.m., April 24, 2007 for a duration of four trial days, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 22nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge