IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3164 |
| | ) | |
| V. | ) | |
| | ) | |
| ANTHONY ORLANDAS MITCHELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After consultation with counsel, and with their agreement,

IT IS ORDERED that this matter is continued indefinitely pending completion of a Rule 20 transfer. The time between this date and the ultimate date of transfer to the Western District of Tennessee is excluded for computation purposes under the Speedy Trial Act. See 18 U.S.C. sec. 3161.

June 1, 2007.               BY THE COURT:

                            *s/ Richard G. Kopf*
                            United States District Judge